# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DOMINIQUE HEARD,
AMANDA LUZADER,
KENNETH MIKLICH,
*for themselves and on behalf of similarly situated employees,*

      Plaintiffs,

v.    Civil Action No. 1:23-cv-64
    Judge Bailey

WEST VIRGINIA UNITED
HEALTH SYSTEM, INC., ET AL.,

      Defendants.

## JOINT MOTION REGARDING FILING OF PLAINTIFFS' AMENDED COMPLAINT

NOW COME the parties, by counsel, and move this Court for leave for Plaintiffs to file their Amended Complaint and to set Defendants' response deadline. Attached at Exhibit A is Plaintiffs' proposed Amended Complaint, which includes additional allegations and changes to party status, including the withdrawal of all claims asserted against the following Defendants: Fayette Physician Network, Inc., Barnesville Hospital Association, Inc., Uniontown Hospital Inc., Harrison Community Hospital, Inc., Wheeling Ambulatory Surgery Center, LLC, and Garrett County Memorial Hospital, Inc. The Defendants consent to the filing of the Amended Complaint, reserving all available defenses and objections thereto. In turn, the Defendants seek to establish a 30 day response period to the Amended Complaint. The parties jointly propose entry of the draft order attached at Exhibit B. Based on the foregoing, the parties jointly request the Court to enter the proposed order.

      Respectfully submitted this 19th day of September, 2023.

4856-7286-0032.v1

*/s/ Arthur Traynor*
Arthur R. Traynor
Lauren McDermott
Mooney, Green, Saindon, Murphy & Welch, P.C.
1920 L Street, NW, Suite 400
Washington, DC 20036
**Counsel for Plaintiffs**

*/s/ Sam Petsonk*
Samuel B. Petsonk (WVSB # 12418)
Petsonk PLLC
417 East Main Street,
Oak Hill, WV 25901
**Counsel for Plaintiffs**

*/s/ Justin M. Harrison*
Mark H. Dellinger (WVSB # 7703)
Justin M. Harrison (WVSB # 9255)
Laura H. Lorensen (WVSB # 12748)
Jackson Kelly PLLC
P.O. Box 553
500 Lee Street, Suite 1600
Charleston, West Virginia 25322
**Counsel for Defendants**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DOMINIQUE HEARD,
AMANDA LUZADER,
KENNETH MIKLICH,
*for themselves and on behalf of similarly situated employees,*

      Plaintiffs,

v.                                            Civil Action No. 1:23-cv-64
                                              Judge Bailey

WEST VIRGINIA UNITED
HEALTH SYSTEM, INC., ET AL.,

      **Defendants.**

## CERTIFICATE OF SERVICE

I, Arthur R. Traynor, counsel for Plaintiffs, do hereby certify that the foregoing ***Joint Motion Regarding Filing of Amended Complaint*** was electronically filed with the Clerk of the Court using the CM/ECF system, on this 19th day of September, 2023, which will provide service of the same to the following counsel of record:

        Mark H. Dellinger (WVSB # 7703)
        Justin M. Harrison (WVSB # 9255)
        Laura H. Lorensen (WVSB # 12748)
        Jackson Kelly PLLC
        P.O. Box 553
        500 Lee Street, Suite 1600
        Charleston, West Virginia 25322


        */s/ Sam B. Petsonk*
        Samuel B. Petsonk

4856-7286-0032.v1