# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## Clarksburg

DOMINQUE HEARD, et al.,
for themselves and on behalf of
similarly situated employees,

        Plaintiffs,

v.                                          Civil Action No. 1:23-cv-64
                                             Judge Bailey

WEST VIRGINIA UNITED HEALTH SYSTEM,
INC., et al.,

        Defendants.

and

ALICE HEADLEE, et al.,
individually and on behalf of similarly
situated employees,

        Plaintiffs,

v.                                          Civil Action No. 1:24-cv-21
                                             Judge Bailey

WEST VIRGINIA UNITED HEALTH,
INC., et al.

        Defendants.

## STIPULATION REGARDING MOTIONS TO COMPEL

On April 15, 2024, Defendants served "Defendants' First Set of Interrogatories and Requests for Production of Documents to Plaintiff." [Dkt. 73]. By agreement of the parties, on June 28, 2024, certain Plaintiffs served their objections and responses to Defendants' First Set of Interrogatories and Requests for Production of Documents.

On March 15, 2024, Plaintiffs served "Plaintiffs' First Set of Interrogatories," [Dkt. 55] and "Plaintiffs' First Set of Requests for Production" [Dkt. 56]. By agreement of the parties,

1

on June 26, 2024, Defendants served "Defendants' Answers to Plaintiffs' First Set of Requests for Production of Documents" [Dkt. 77] and "Defendants' Answers to Plaintiffs' First Set of Interrogatories" [Dkt. 78].

Discovery disputes exist between Plaintiffs and Defendants. The parties have engaged in good faith efforts to confer regarding these discovery disputes, including a via video conference on July 25, 2024. The parties are unlikely to resolve all of their discovery disputes. Accordingly, the parties hereby stipulate and agree, by counsel, that the deadline for filing motions to compel regarding the above-referenced discovery responses shall be extended until August 9, 2024.

Respectfully submitted this 25th day of July, 2024.

| | |
|---|---|
| */s/ Arthur R. Traynor* | */s/ Justin M. Harrison* |
| Arthur R. Traynor | Mark H. Dellinger (WVSB # 7703) |
| Mark Murphy | Justin M. Harrison (WVSB # 9255) |
| Lauren McDermott | Laura H. Lorensen (WVSB # 12748) |
| Mooney, Green, Saindon, Murphy & Welch, P.C. | Jackson Kelly PLLC |
| 1920 L Street, NW, Suite 400 | P.O. Box 553 |
| Washington, DC 20036 | 500 Lee Street, Suite 1600 |
| | Charleston, West Virginia 25322 |
| Samuel B. Petsonk (WVSB # 12418) | Telephone: (304) 340-1000 |
| Petsonk PLLC | mark.dellinger@jacksonkelly.com |
| 235 High Street, Suite 512 | justin.harrison@jacksonkelly.com |
| Morgantown, WV 26505 | laura.lorensen@jacksonkelly.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

4863-7080-1107.v1