IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg

**DOMINIQUE HEARD,** *et al.*, for themselves and on behalf of similarly situated employees,

    Plaintiffs,

v.                                       **CIV. ACT. NO. 1:23-CV-64**
                                                       Judge Bailey

**WEST VIRGINIA UNITED HEALTH SYSTEM, INC.,** *et al.*,

    Defendants.

### ORDER

Pending before the Court is a Motion for Approval of Plaintiffs' Proposed Plan for Providing Notice to Potential Collective Action Members in Accordance with FLSA § 216(B) [**Doc. 229**], filed November 13, 2025.

On December 5, 2025, the parties filed a Joint Stipulation on Proposed Plan for Providing Notice to Potential Collective Action, requesting the Court adopt the Joint Stipulation and deny plaintiffs' Motion for Approval as moot.

The Joint Stipulation [**Doc. 235**] is **ADOPTED** and Plaintiffs' Proposed Plan for Providing Notice to Potential Collective Action Members in Accordance with FLSA § 216(B) [**Doc. 229**] is **DENIED AS MOOT**. The Proposed Notice [**Doc. 235-1**] is hereby **APPROVED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: December 8, 2025.



_____
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE